UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EDWARD V. SAUNDERS, JR., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:03-cv-1131-DFH-TAB |
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW), | ) |
| Defendant. | ) |

FINAL JUDGMENT

The court having issued its ruling today on defendant International Union, United Automobile, Aerospace and Agricultural Implement Workers of America's motion for summary judgment, it is HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff Edward V. Saunders, Jr. take nothing by his complaint against defendant International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, and that this action be DISMISSED WITH PREJUDICE.

Date: July 11, 2006

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

-2-

Laura A. Briggs, Clerk

BY: *Linda S Carmichael*

Deputy Clerk, U.S. District Court

Copies to:

Kimberly Denise Jeselskis
MACEY SWANSON AND ALLMAN
kjeselskis@maceylaw.com

Barry A. Macey
MACEY SWANSON AND ALLMAN
bmacey@maceylaw.com

Theodore John Minch
SOVICH MINCH LLP
tjminch@sovichminch.com